# Third District Court of Appeal

## State of Florida

Opinion filed June 22, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-2400
Lower Tribunal No. 19-29198

————————

**Edduard Prince,**
Appellant,

vs.

**Grand Surfside Hotel, LLC, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Vivianne Del Rio, Judge.

Edduard Prince, in proper person.

Wilson, Elser Moskowitz, Edelman & Dicker, LLP and Sergio R. Casiano, Jr., for appellee Grand Surfside Hotel, LLC.

Before FERNANDEZ, C.J., and EMAS, and LOGUE, JJ.

PER CURIAM.

Affirmed.